UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santiago Hernandez, *et al.*,

    Plaintiffs,

–v–

San Marino at Soho Incorporated, *et al.*,

    Defendants.

19-cv-7976 (AJN)

ORDER

NOV 2 0 2019

ALISON J. NATHAN, District Judge:

On September 13, 2019, Plaintiffs filed proof of service showing that service was effectuated on both Defendants. *See* Dkt. Nos. 5-6. As of the date of this Order, Defendants have not responded to the Complaint, nor have they appeared in this matter.

Accordingly, Defendants must answer, move, or otherwise respond to the Complaint by **December 17, 2019**. If Defendants fails to do so, Plaintiffs may then seek a certificate of default and move for default judgment by January 6, 2020 pursuant to Rule 3.L of the Court's Individual Practices in Civil Cases.

Plaintiffs are ordered to serve this Order on Defendants within five (5) business days of its issuance and file proof of service on the docket.

Dated: November 20, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge