UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santiago Hernandez, *et al.*,

    Plaintiffs,

—v—

San Marino at Soho Incorporated, *et al.*,

    Defendants.

DEC 0 3 2019

19-cv-7976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order of November 20, 2019, Dkt. No. 9, Plaintiffs were to serve that Order on Defendants within five business days of its issuance and file proof of service on the docket. As of the date of this Order, the Court is not in receipt of the proof of service. Plaintiffs are hereby ordered to file proof of service on Defendants of the Court's November 20, 2019 Order by December 6, 2019.

Dated: December 3, 2019
    New York, New York

_____
ALISON J. NATHAN
United States District Judge