UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santiago Hernandez, *et al.*,

            Plaintiffs,

–v–

San Marino at Soho Incorporated, *et al.*,

            Defendants.



19-cv-7976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the stipulation dated December 12, 2019, Dkt. No. 15, Defendants' deadline to appear and answer, move, or otherwise respond to the Complaint was January 13, 2020. As of the date of this Order, Defendants have neither appeared nor responded to the Complaint. The Court extends Defendants' time to respond to the Complaint to **January 22, 2020**. If Defendants fail to do so, Plaintiffs must then seek a certificate of default and move for default judgment by February 12, 2020 pursuant to Rule 3.L of the Court's Individual Practices in Civil Cases. Furthermore, the Court adjourns the initial pre-trial conference currently scheduled for January 17, 2020 to February 7, 2020 at 3:00 p.m. Since Defendants have not yet appeared, Plaintiffs are ordered to serve this Order on Defendants within two (2) business days of its issuance and file proof of service on the docket.

Dated: January 15, 2020
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge