UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santiago Hernandez, *et al.*,

                Plaintiffs,

–v–

San Marino at Soho Incorporated, *et al.*,

                Defendants.

19-cv-7976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On June 3, 2020, the Court ordered the parties to propose trial dates in a joint letter to be submitted on or before June 10, 2020. As of the date of this order, the Court is not in receipt of such a letter. Within one week of the date of this order the parties should submit a joint letter proposing trial dates for December 2020, January 2021, February 2021, and March 2021. The joint letter should also give an estimated length of trial.

SO ORDERED.

Dated: June 25, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge