UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

Santiago Hernandez, *et al.*,

        Plaintiff,

–v–

San Marino at Soho Incorporated, *et al.*,

        Defendants.

19-cv-7976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A jury trial in this action is currently scheduled to begin on December 14, 2020. Dkt. No. 33. A final pretrial conference is scheduled for December 7, 2020. *Id.*

    Because of restraints related to COVID-19 on this District's jury program, a jury trial cannot go forward at the currently scheduled date. To keep the currently scheduled trial date, the parties would have to stipulate to a bench trial. The parties are therefore directed to confer and advise the Court if they will stipulate to a bench trial no later than August 31, 2020. If not, the Court will reschedule the jury trial to begin in 2021.

    SO ORDERED.

Dated: August 21, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge