UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2020
```

Santiago Hernandez, *et al.*,

        Plaintiffs,

   –v–

San Marino at Soho Incorporated, *et al.*,

        Defendants.

19-cv-7976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall submit their joint pretrial materials by January 15, 2021.

    SO ORDERED.

Dated: October 6, 2020
       New York, New York

                            ALISON J. NATHAN
                        United States District Judge