UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santiago Hernandez, *et al.*,

       Plaintiffs,

–v–

San Marino at Soho Incorporated, *et al.*,

       Defendants.

19-cv-7976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Plaintiffs shall file a response to the Defendants' motion for reconsideration (Dkt. No. 49) by December 28, 2020.

    SO ORDERED.

Dated: December 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge