# LAW OFFICE OF BRIAN L. GREBEN

316 Great Neck Road
Great Neck, NY 11021

www.grebenlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2021

Office:   (516) 304-5357
Fax:      (516) 726-8425

brian@grebenlegal.com

January 25, 2021

**Via ECF**
Honorable Allison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:   *Santiago Hernandez, et al. v. San Marino at Soho Incorporated and Skender Gashi*
            Case No. 19 Civ. 07976 (AJN)

Dear Judge Nathan:

SO ORDERED.

As you know, I represent defendants in the above-referenced action. I am sending this correspondence to request that the parties' deadline for submission of pretrial papers be extended by two (2) weeks, from its current deadline of January 29 to February 12, 2021. Plaintiffs consent to the relief sought herein.

The parties have been working diligently toward [...] have exchanged revised drafts of several documents, and [...] documents within the next few days. We have also beg[un ...] which the parties' disagree, and are working together to [...] not believe that we can finish everything by this Friday. [...] several additional matters, including a mediation and vo[...] with deadlines this week. Moreover, I will be out of sta[te ...] from February 5 through February 7; this is part of the r[eason ...] additional time.



SO ORDERED.   1/27/2021
ALISON J. NATHAN, U.S.D.J.

In December, defendants moved for the trial dates and deadlines be adjourned by one month so that we could depose plaintiffs, but our request was denied. We have not otherwise moved to have the pretrial papers deadline extended.

Defendants humbly thank the Court for her time and consideration.

                        Respectfully submitted,

                        /s/ Brian L. Greben
                        Brian L. Greben

cc:   All current counsel of record (via ECF)